FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 12:39 pm, Apr 11, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. 4:23CR-37 |
| | ) |
| v. | ) 18 U.S.C. §§ 7 and 13 |
| | ) |
| JULIO C. TORRES | ) O.C.G.A. § 3-3-23 |
| | ) Furnishing Alcohol to a Person |
| | ) Under Age 21 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
*Furnishing Alcohol to a Person Under Age 21*
O.C.G.A. § 3-3-23

On or about May 8, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**JULIO C. TORRES**

did knowingly, directly and through another person, furnish and cause to be furnished, alcoholic beverages to a person under 21 years of age, to wit: G.T., in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 3-3-23.

*[Signature on the Following Page]*

JILL E. STEINBERG
UNITED STATES ATTORNEY


*/s/ Michael Spitulnik*

Michael Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559